AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEREMY K. BAOUCHE<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00643<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 11/2/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Delmar A. Carter Jr., Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/02/2021

*Judge's signature*

City and state: Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*